# ALABAMA COURT OF CRIMINAL APPEALS



October 25, 2024

**CR-2022-0692**
Alexander Thammavong v. State of Alabama (Appeal from Lee Circuit Court: CC-20-631).

## <u>NOTICE</u>

You are hereby notified that on October 25, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk